■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JAMES DEMPSEY, Also Known as ROBERT JOHNSON, Appellant, v THEODORE REED, as Warden of New York Department of Correctional Services, Respondent. — Judgment of the Supreme Court, Dutchess County (Palella, J.), dated May 6, 1983, affirmed, without costs or disbursements (see *People ex rel. Mendolia v Superintendent, Green Haven Correctional Facility,* 47 NY2d 779). Mangano, J. P., Gibbons, O'Connor and Brown, JJ., concur.

(December 4, 1984)

■ In the Matter of MICHAEL J. CAPANEGRO, a Disbarred Attorney, Petitioner. — Application by petitioner, who was disbarred by this court's order dated March 14, 1978, for reinstatement to the Bar of the State of New York.

The matter is referred to the Committee on Character and Fitness for the Second Judicial Department to investigate and report (1) on whether the petitioner complied with this court's order of disbarment and (2) whether he presently possesses the character and fitness requisite for an attorney and counselor at law.

The application will be held in abeyance pending the committee's report. Mollen, P. J., Titone, Lazer, Mangano and Thompson, JJ., concur.